**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ALETHEA TAYLOR**, <br><br> *Plaintiff,* <br><br> v. <br><br> **PACKAGING COORDINATORS INC. D/B/A PCI PHARMA SERVICES**, <br><br> *Defendant.* | **Case No. 2:25-cv-04999-JDW** |

<u>**ORDER**</u>

**AND NOW**, this 9th day of July, 2026, upon consideration of Plaintiff Alethea Taylor's Motion To Vacate Dismissal And Reinstate The Case Pursuant to Federal Rule Of Civil Procedure 60(b) (ECF No. 24), it is **ORDERED** that the Motion is **DENIED**.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.